<u>NOTICE</u>
Complaint Against Task Force Officer

**Attention:**
Office of Professional Responsibility
Department of Justice
950 Pennsylvania Ave. N.W.
Rm 3266
Washington, D.C. 20530

**Name of Complaintant:** Lenroy McLean

**Location Where Offense Occurred:** South of the New Jersey Turnpike

**Date of Offense:** October 22, 2008/ **Case #:** 08-CR-00789·

### Statement of Claim

Lenroy McLean and Ms. Faith Phillips were apprehended in the vicinity of Manhattan, New York on the above date by several New Jersey State Police Officers assigned to assist Federal Agents. McLean was searched and placed into Lieutenant Jeremy Sullivan's (Bayonne Police Department) "Mitsubishi" and Ms. Phillips was placed in another vehicle with both Jose Correa and Dennis Chieffo (Passaic County Sheriff's Department). John Lione (Hudson County Sheriff's Department) drove McLean's truck back to the New Jersey Federal Bureau headquarters. No personal items were confiscated nor was either of us Mirandized.

McLean acknowledged  Sullivan,that he lead the convoy to the south of the George Washington Bridge towards New Jersey. Sullivan  kept inquiring: "Who are you? What's your name? Do you have a warrant? Are you on Parole?" McLean asked Sullivan was he (McLean) under arrest, and that he would like to notify his attorney so that he (Sullivan) could direct all these questions to McLean's attorney. This request was made on several occasions while en route to New Jersey.

Sullivan responded, "You call no fucking body unless I say so..." McLean then waited until the appropriate time and removed his cell phone from his hip and placed a call to his attorney while handcuffed in the back seat. Sullivan looked up in the rear-view mirror, saw McLean with his phone and swung his "Mitsubishi" off the shoulder of the road to a sudden stop, pulled his gun, and opened the left rear door. The convoy stopped, Chieffo and Correa jumped out of their vehicle, left Ms. Phillips unattended with their weapons drawn. Chieffo covered the back window and Correa covered the right rear door with his weapon. He then opened the door and snatched McLean, placed him up against the car and conducted a second search, confiscated a total of two cell phones from McLean's person, tightened the handcuffs and placed McLean back in the "Mitsubishi."

We continued to the headquarters when Sullivan removed a chrome barrel hand gun from a holster that appeared to be on his leg and kept passing it from hand to hand trying to intimidate McLean, still asking questions and McLean kept telling him and asking for his attorney. Sullivan got irritated and made another sudden stop without coming out of the vehicle, McLean acknowledges that the convoy stopped and both Chieffo and Correa ran up to the vehicle.

Correa opened the right rear door and said to McLean, "Come here you fucking asshole." Yelling, grabbed him by his sweat hoodie pulling him halfway out of the vehicle, rested his right ear on his (Correa's) right thigh using his elbow to strike McLean's left ear causing it to ring. Then, he pulled McLean completely

1

out of the vehicle and tore away his clothes. McLean had to lean against the car to maintain his equilibrium and keep himself from falling. Ms. Phillips watched this unfold from the vehicle behind between the two front seats. John Lione found it very amusing. Agent Murray had McLean sign medical documents which were never included with the Court documents upon arrival at headquarters.

McLean saw a repeated episode of **"DEA"** on television that triggered the past nightmare foregoing, of Jose Correa behaving with "continued public belligerence and aggressiveness," which lead McLean to file this complaint. Because during the course of his trial Assistant U.S. Attorney Randall Wada Jackson asked the judge to instruct McLean's trial attorney at the time not to mention anything further about McLean being struck by Correa. See, Attachments.

National television has a combination of the video and audio that paint a visual picture of a rapidly evolving situation in which Correa's verbal belligerance and passive disobedience escalated to active and somewhat violent to a no active resistance.

It is a pattern for Jose Correa to demonstrate belligerence toward unspecified victims, Assistant U.S. Attorney should have exerted and/or investigated such allegations instead of feinting.

McLean would like a full investigation and move to invoke sanctions as well as having Correa committed for psychiatric treatment for his belligerence and to prevent future assaults. McLean attests that the entirety of the above is true and correct. McLean declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Date: 1-4-2015

Submitted:

Lenroy McLean
Reg # 61424-054
FCI Beaumont Low
P.O. Box 26020
Beaumont, TX 77720

2



State of New Jersey

DEPARTMENT OF TRANSPORTATION
P.O. Box 600
Trenton, New Jersey 08625-0600

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

JAMES S. SIMPSON
*Commissioner*

January 12, 2012

Lenroy McLean
Reg. No. 61524054
Federal Correctional Complex
Victorville Medium I
Post Office Box 5300
Adelanto, California 92301

Dear Mr. McLean:

Thank you for your recent letter requesting video of an incident on October 22, 2008, on the New Jersey Turnpike south of the George Washington Bridge when a convoy pulled over on two different occasions before exiting at Exit 13. I appreciate the opportunity to be of assistance.

Given the nature of your correspondence, I have taken the liberty of forwarding it to Veronique Hakim, Executive Director of the New Jersey Turnpike Authority (NJTA) for her review and response. She can be reached at:

> New Jersey Turnpike Authority
> P.O. Box 5042
> Woodbridge, New Jersey 07095
> (732) 750-5300

Thank you for bringing this matter to our attention.

Sincerely,

*James S. Simpson*

James S. Simpson
Commissioner

c:   Veronique Hakim, Executive Director
     New Jersey Turnpike Authority

Mr. McLean, you have a right to address the court, a[nd] you are welcome to. You don't have to, but you certainly wou[ld] be welcome to. I have read your letter, but anything you wou[ld] like to add to that is certainly your right to do, so now wou[ld] be the time.

THE DEFENDANT: Thank you, your Honor.

Your Honor, first, I would like to take time out to

39

03a2mcls kjc

apologize to my mother for putting her through this, and I would like to apologize for bringing this to your court.

Your Honor, I am innocent, and I will continue to maintain my innocence here for the mere fact, your Honor, I keep asking myself when I got arrested on the 2nd -- October 22, '08, when do I stop being a criminal? When do Lenroy McLean stop being a criminal? Because if it wasn't for my criminal record when they arrested me, your Honor, I wouldn't have been here today.

I am a man. Back in 1991, I accepted my guilt. I had no problem in standing in front of the judge and saying, yes, I did it. But, your Honor, I couldn't have took blame or responsibility for nothing I knew about or was a part of.

Your Honor, I have a son and a mother that needs me and a lot more other people that depends on me. My family is so ashamed to let people know where I am right now for the mere fact that they wouldn't believe that I am standing here in federal court trying to prove my innocence.

Your Honor, with all respect due your Honor, I would like to continue the life that I have been living with my