UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LENROY MCLEAN,

Defendant.

No. 08-cr-789-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant Lenroy McLean's *pro se* letter motion asking that counsel be appointed to assist him in pursuing his request for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (Doc. Nos. 425, 428.)  Accordingly, IT IS HEREBY ORDERED THAT Bobbi C. Sternheim is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent McLean for the limited purpose of assisting him in filing a motion for compassionate release. Consequently, Ms. Sternheim shall file a notice of appearance in Case No. 08-cr-789-7.  The Clerk of Court is respectfully directed to terminate the motions pending at Doc. Nos. 425 and 428 and to mail a copy of this order to McLean.

SO ORDERED.

Dated:   August 4, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation