UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LENROY MCLEAN,

                Defendant.

No. 08-cr-789-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On August 4, 2020, the Court granted Defendant Lenroy McLean's request to appoint counsel pursuant to 18 U.S.C. § 3006A to assist him in submitting a motion for compassionate release. (Doc. 429.) Since then, McLean has filed a *pro se* motion for compassionate release. (Doc. 432.) The Court has received periodic updates from McLean's appointed counsel indicating that, in light of the COVID-19 pandemic and restrictions at McLean's facility, she has been unable to contact McLean to determine whether he is aware that his request for counsel was granted and, if so, whether he intends to withdraw his previously submitted *pro se* motion.

    Accordingly, IT IS HEREBY ORDERED THAT McLean's counsel shall submit a written letter to the court by Friday, March 5, 2021 indicating whether McLean wishes to withdraw his current *pro se* motion and replace it with a counseled motion, or whether he wishes to proceed with his *pro se* motion, as filed. (*See* Doc. 432.)

SO ORDERED.

Dated:    February 25, 2021
            New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation