UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

No. 08-cr-789-7 (RJS)
ORDER

LENROY MCLEAN,

Defendant.

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of a pro se letter from Mr. McLean, dated June 30, 2021, requesting access to the law library at FCI Beaumont and indicating that he is unable to communicate with his counsel of record, Ms. Bobbi C. Sternheim. (Doc. 456). In light of the representations in McLean's letter, IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a conference on Wednesday, July 21, 2021 at 10:00 a.m. CT (11:00 a.m. ET). The conference shall take place remotely via videoconference. The Court will issue further instructions concerning the requested videoconference. Members of the public may monitor the proceeding via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:        July 8, 2021
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation