UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LENROY MCLEAN,

Defendant.

No. 08-cr-789-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached pro se letter from Defendant, dated August 25, 2021, but received in chambers on August 31, 2021, advising the Court that he remains unable to communicate with his court-appointed counsel. In light of the representations in Defendant's letter, IT IS HEREBY ORDERED THAT the government shall confer with defense counsel and submit a letter response by Friday, September 3, 2021, addressing the failure of the Bureau of Prisons to schedule the conference between Defendant and his counsel that the Court previously ordered.

SO ORDERED.

Dated:   August 31, 2021
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

TO: Honorable Richard J. Sullivan
    United States Circuit Judge
    500 Pearl st
    New York, New York 10007

FR: Mclean Lenroy 61524-054
    Beaumont FCI-MED
    P.O. Box 26040
    Beaumont, Tx 77720

RE: United States vs. Mclean Lenroy; case #08-CR-789(RJS)...

    Good Day Judge Sullivan,

    With all due respect your honor, during the video conference on 7-21-2021, it was my philosophical belief that you had clarified with the government "would there be any problem with Mclean communicating with his attorney moving forward and he said "no"". Since the hearing Mrs. Sternheim had made several attempted to arrange a legal phone call and has been unsuccessful, whoever, she was able to get a response and they schedule a legal call on the day-off (8-13-2021) for 10 o'clock with was to no avail.
I conferred with the warden (8-13-2021 @ 11 o'clock) in-person and inquired "why would they schedule a legal call knowing that no one would be here to place the call?", he said that he would check into such, because he didn't know I had a legal call today.

    Another call was schedule for 8-23-2021, during this call with Mrs. Sternheim, I was informed that she have not received any medical records . Such request was done twice since my arriival here at Beaumont, my case manager Word assure her that he would assist me giving the September 10th, 2021 deadline and email them to her.
I provided Mr. Word an authorization release form and I was told that my attorney needs to send that form to Washington, D.C.-I told Word that would be impossible in order to make the Sept. 10th, 2021 deadline. I then approached warden Bartlett and explain what was going on with Mr. Word present, the warden told him (Word) "no"-if he signed an authorized form here send the attorney the medical records and order Mr. Word to get these records today (8-23-2021) and email them to the attorney. I was approached by Word on the unit and he said that "these records would be available at 1 o'clock, but he wont be emailing any thing to the attorney, let the warden assigned someone above his (Word) pay grade to do so. Hence, Mr. Word had spoke with Mrs. Sternheim and assure her that he would have email the records, the medical records was not delivered until the next day (8-24-2021) after another fierce battle between medical and myself sending my blood pressure so high they had to check such , because I almost passed out. My blood pressure had elevated to 175/96, they then came to the conclusion to have me pay for such. I informed them that I didn't have a problem paying for such, a review of the records showed that 96 pages was duplicate to have the price hacked-up.

However, its going to be impossible to get these records to Mrs. Sternheim to review and prepare her motion for that September 10th, 2021 deadline set bay the courts.

Judge Sullivan, its a never ending battle dealing with this administration because there is no accountability, filing of grievances gets no-where, because they disappear once there are submitted . Had the government made any attempt to curve the situation here at Beaumont after the hearing such would not keep re-occurring.

Its obvious that they (staffs) just dont care and/or have no respect for the courts, ergo, the sole purpose of this letter is to put the court on notice and asked that myself and Mrs. Sternheim dont be held response for not meeting this court deadline (September 10th) due the government impediment. Thanking you in advance for yoru time and consideration given to this matter.

Date: 8-25-2021

Respectfully Submitted

Lenroy Mclean 61524-054

CC file AUSA office (SDNY)
  Mrs. Sternheim (attorney)
  Jason Sickler (Regional Counsel)
  J. Bartlett (warden)

Daiquan Henderson 61129-054
Beaumont FCI med
P.O Box 26040
Beaumont, TX 77720

USMS
SDNY
CRIMS

NORTH HOUSTON TX 773
26 AUG 2021 PM 1 L
RECEIVED
2021 AUG 30 PM 4:13
CLERK'S OFFICE
S.D.N.Y.

Crim. ☒
Dkt

Clerk of The Court
United States District Court
500 Pearl St
New York, New York
10007-131608

Legal mail

Legal mail