UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 08-cr-789-7 (RJS) |
| | ORDER |
| LENROY MCLEAN, | |
| Defendant. | |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the government's opposition to Defendant's motion for compassionate release (Doc. No. 432), as well as the government's request to file its supporting memorandum of law under seal. Because the government's memorandum includes sensitive information about Defendant's health and medical conditions, the Court concludes that the presumption of open records is overcome by Defendant's privacy interests. *See United States v. Amodeo*, 71 F.3d 1044, 1050–51 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT the government's memorandum shall be filed under seal. The Clerk of Court is respectfully directed to accept and file the government's redacted memorandum on the public docket.

SO ORDERED.

Dated:    October 4, 2021
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation