UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LENROY MCLEAN,

                Defendant.

No. 08-cr-789-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

       The Court is in receipt of a pro se motion from Lenroy McLean, dated January 25, 2023, requesting that this Court strike the alias "Officer/Dept of Corr Dean" from the caption in this case pursuant to Rule 36 of the Federal Rules of Criminal Procedure. (Doc. No. 486.) Because that alias has never been used by the Court or the parties in this case, and appears to be scrivener's error originating in the Clerk's Office, IT IS HEREBY ORDERED THAT McLean's motion is GRANTED. The Clerk of Court is respectfully directed to amend McLean's alias in the caption to "Dean," as set forth in the second superseding indictment.[1] (Doc. No. 70.) The Clerk of Court is also respectfully directed to terminate the motion pending at Doc. No. 486 and mail a copy of the Order to McLean.

SO ORDERED.

Dated:     February 16, 2023
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

---

[1] To the extent that McLean seeks to amend the caption in a case pending before the United States Court of Appeals for the Second Circuit, he must file a separate motion in that court pursuant to the federal and local rules governing such a request.