UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LENROY MCLEAN,

            Defendant.

No. 08-cr-789-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

        The Court is in receipt of a pro se letter from Lenroy McLean, dated November 22, 2022, requesting information related to several grand juries impaneled between 2008 and 2009. (Doc. No. 485.) For the reasons stated in this Court's Order dated, November 14, 2022 (Doc. No. 482), IT IS HEREBY ORDERED THAT McLean's request is DENIED. *See, e.g.*, *United States v. DeSimone*, No. 94 CR. 130 (LMM), 1994 WL 561767, at *2 (S.D.N.Y. Oct. 12, 1994) (denying defendant's motion for "the dates of impanelment and adjournment of each grand jury that heard evidence in this case . . . on the ground that defendant has not shown a particularized need for such disclosure" (internal quotation marks omitted)). While McLean cites to a Third Circuit case in support of his request, McLean has identified no controlling precedent or material facts that the Court overlooked. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995) (explaining that the "standard for granting [a motion for reconsideration] is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked"). The Clerk of Court is respectfully directed to mail a copy of the Order to McLean.

SO ORDERED.

Dated:     February 23, 2023
             New York, New York

                                                      _____
                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation