UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 08-cr-789-7 (RJS) |
| LENROY MCLEAN, | <u>ORDER</u> |
| Defendant. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of a pro se letter from Lenroy McLean, dated March 29, 2023, inquiring about the status of his February 1, 2023 motion, under Rule 36 of the Federal Rules of Criminal Procedure, to strike the alias "Officer/Dept of Corr Dean" from the caption in this case. (Doc. No. 491.) The Court granted the motion on February 16, 2023, and the alias listed in the caption has been changed to "Dean." (Doc. No. 487.) The Clerk of Court is respectfully directed to mail a copy of this Order and the order granting the prior motion (Doc. No. 487) to Mr. McLean at his current address.

SO ORDERED.

Dated:   April 20, 2023
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation