UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 08-cr-789-7 (RJS) |
| | <u>ORDER</u> |
| LENROY MCLEAN, | |
| Defendant. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court is in receipt of a pro se letter from Lenroy McLean, dated June 25, 2023, asking the Court to take "judicial notice" of a complaint he filed with the Office of Professional Responsibility at the Department of Justice. Since McLean's criminal case is closed and there are no pending motions on the docket, the Court DENIES his request as moot. *See United States v. Bleznak,* 153 F.3d 16, 21 n.2 (2d Cir. 1998) (denying as moot a motion to take judicial notice of facts "not relevant to our disposition of this appeal"); *Bzeih v. Holder*, 473 F. App'x 69, 71 (2d Cir. 2012) (declining to take judicial notice of events irrelevant to the issues before the court). The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. McLean at his current address.

SO ORDERED.

Dated: July 11, 2023
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation